UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANGELA ADAMS,

   Plaintiff,

-vs-                                                CASE NO.:  15-CV-01175-HLA-JRK

REGIONS FINANCIAL CORPORATION,

   Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Angela Adams, and the Defendant, Regions Financial Corp., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 18th day of May, 2016.

| /s/Frank H. Kerney, III | /s/Joshua H. Roberts |
|---|---|
| Frank H. Kerney, III | Joshua H. Roberts (FBN 042029) |
| Florida Bar#: 88672 | Holland & Knight LLP |
| Morgan & Morgan, Tampa, P.A. | 50 N. Laura Street, Suite 3900 |
| One Tampa City Center | Jacksonville, FL 32202 |
| Tampa, FL 33602 | Tele: (904) 353-2000 |
| Tele: (813) 223-5505 | Fax: (904) 358-1872 |
| Fax: (813) 223-5402 | joshua.roberts@hklaw.com; |
| Attorney for Plaintiff | cathy.luke@hklaw.com |
| | Attorney for Defendant |